UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------x
ARTHUR GUDEON and SUSAN GUDEON

                Plaintiffs     Index No.: 07 CV 05359

  -against-

RECTOR OF TRINITY CHURCH, et al.     **NOTICE OF APPEARANCE**

                Defendants.     **ELECTRONICALLY FILED**
------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:  New York, New York
        December 10, 2007

                              LONDON FISCHER LLP

                By: _____
                              Gillian Hines Kost (GK-2880)
                              59 Maiden Lane
                              New York, New York 10038
                              Phone: (212) 972-1000
                              Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Gudeon\Pleadings\Notice of Appearance